IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL T. ROSS,

    Plaintiff,

v.

SHAWN BECKER, et al.

    Defendants.

ORDER

Case No.  20-cv-546-jdp

Plaintiff Michael T. Ross, by counsel, an inmate in the custody of the Wood County Jail in Wisconsin Rapids, Wisconsin, has submitted a proposed complaint and has paid the $400 filing fee.  Because plaintiff is an inmate, plaintiff is subject to the Prison Litigation Reform Act, which requires the court to screen the complaint to determine whether any portion is frivolous or malicious, fails to state a claim on which relief may be granted or seeks monetary relief from a defendant who is immune from such relief.

Accordingly, IT IS ORDERED that plaintiff Michael T. Ross's complaint is taken under advisement pursuant to 28 U.S.C. § 1915A.

Entered this 16th day of June, 2020.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge